UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOEL STEINMETZ, individually and on behalf of
all others similarly situated,

                            Plaintiff,                              JUDGMENT
v.                                                      21-CV-5059 (AMD) (RER)

ALLIED INTERSTATE, LLC and LVNV
FUNDING, LLC,

                            Defendants.
-------------------------------------------------------------X

       A Memorandum, Decision and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on July 13, 2022, dismissing the complaint without prejudice for lack of subject matter jurisdiction; and denying the defendants' motion to dismiss as moot; it is

       ORDERED and ADJUDGED that the complaint is dismissed without prejudice for lack of subject matter jurisdiction; and that the defendants' motion to dismiss is denied as moot.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
       July 15, 2022                                             Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk